**FILED**

June 4, 2008

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:08-mj-198 GGH |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| Kathryn Kinderman, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release _Kathryn Kinderman_ Case _2:08-mj-198 GGH_

from custody subject to the conditions contained in the attached "Notice to Defendant Being

Released" and for the following reasons:

    __   Release on Personal Recognizance

    __   Bail Posted in the Sum of _____

    _X_   Unsecured bond in the amount of all available equity, with a   *in residence id'd in PTS report*

          minimum of $75,000, co-signed by defendant's mother by 6/5/08, to

          be secured by real property within two weeks.

    __   Appearance Bond with 10% Deposit

    __   Appearance Bond secured by Real Property

    __   Corporate Surety Bail Bond

    _X_   (Other) _PTS conditions/supervision;_

Issued at _Sacramento, CA_ on _6/4/08_   at _2:45 p.m._

By _____

Kimberly J. Mueller,
United States Magistrate Judge