```
 1  MCGREGOR W. SCOTT
    United States Attorney
 2  MATTHEW D. SEGAL
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2708
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, ) | CASE NO. 2:08-MJ-198 GGH |
|---|---|
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO |
| v. ) | EXTEND TIME FOR PRELIMINARY |
| ) | EXAMINATION AND EXCLUDE TIME |
| ) | |
| KATHRYN R. KINDERMAN, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The parties agree that time beginning June 23, 2008 and extending through July 18, 2008 should be excluded from the calculation of time under the Speedy Trial Act. Further, the Defendant consents to an extension of the time for preliminary examination until July 18, 2008. Fed. R. Crim. P. 5.1(d). The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). In particular, the time is required so that the government and defense may evaluate and discuss this case in light of the 177 pages of pre-indictment discovery recently disclosed to the Defendant. The parties submit that this interest of justice

1

outweighs the interest of the public and the Defendant in a speedy filing of an indictment or information, in accordance with Title 18, United States Code, § 3161(b) and (h)(8)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases, in accordance with Fed. R. Crim. P. 5(d).

                                                Respectfully Submitted,

                                                McGREGOR W. SCOTT
United States Attorney

DATE: June 23, 2008        By:  /s/ Matt Segal
                                                MATTHEW D. SEGAL
                                                Assistant U.S. Attorney

DATE: June 23, 2008           /s/ Mary French by MDS
                                                MARY FRENCH
                                                Counsel for Kathryn Kinderman

**SO ORDERED.**

DATED:   June 24, 2008.

                                                U.S. MAGISTRATE JUDGE